**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

_____

**Storm Works Roofing & Restoration, Inc.,**
    **Plaintiff,**


    **v.**

                         **Civil Action No. 1: 23-cv-13198-FDS**

**AmGuard Insurance Company,**
    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE


    **SAYLOR, C.J.**

      **IT IS ORDERED AND ADJUDGED:**


In accordance with the court's MEMORANDUM AND ORDER (Dkt. No. 34), dated March 19, 2026, the defendant's motion for Summary Judgment (Dkt. No. 27) is GRANTED.


    **Judgment shall enter for the defendant.**


                           ROBERT M. FARRELL
                           CLERK OF COURT


Dated: 3/19/2026                   /s/ Melonie Cooke
                           Deputy Clerk